FLORENCE NELSON, as Administratrix of the Estate of LEROY NELSON, Deceased, Appellant, *v.* CENTRAL GREYHOUND LINES INC., of New York et al., Respondents.

Submitted January 14, 1946; decided January 24, 1946.

*Bartle Gorman* for motion.
No one opposed.

Motion granted and appeal dismissed, unless within thirty days appellant moves for permission to prosecute her appeal as a poor person or files the required undertaking, and adds to the record a certified copy of the Appellate Division order and of the judgment entered thereon in which event the motion is denied.